Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN WILEY,<br><br>        Petitioner,<br><br>    v.<br><br>LOS ANGELES COUNTY<br>PROBATION DEPARTMENT,<br>SHERIFF LEE BACA,<br><br>        Respondents. | Case No. CV 10-5243-RGK (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: AUG - 2 2010

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge